03 CR 1368

4851 NW 18th Court
Lauderhill, NY 33313

October 20, 2005

ORDERED that copies of
these 8 letters be retransmitted
to AUSA & defense counsel.
USDJ
11/16/05

The Hon. Judge Allyne R. Ross
U.S. Court House
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Hon. Judge

I'm writing in regards to my dad's sentencing mainly because I'm trying to persuade you into releasing my dad. The reason is because my little brother and I deeply and truly miss our dad. I would really hate that he'll miss all my accomplishments that I'm about to make in life after he relocated my brother and I to live with him and his girlfriend because I was not doing well in the school in New York. Since I have been living with them my grades have increased and I am carrying a GPA of 3.5. I would like you to understand that I'm now in the 11th Grade and attending school in Florida and by the year 2007 I'll be graduating to attend College where I will be studying to become a Registered Nurse/Pediatrician at NST the college that I would like to attend.

Everyday when I think about my dad I get very depressed especially if I look at pictures, or remember about the things we used to do in the past before we encountered this chaotic matter that we face today. I know that our dad is innocent because if he could go back in time he would have never made friend with this person must less to invite him to our home. Furthermore, my dad doesn't tolerate people who do drugs mainly because he doesn't want my brother and I to adapt the habit.

However, if you do read this letter, it might or might not change your opinion but, please just think about my little brother Patrick who does not know where his dad really is. He believes his dad will soon come home. Can you picture a nine-year old boy who doesn't have a fatherly figure in his life any more. He might end up in something that he knows is not right but just doing it for attention from someone; or worst, he could end up getting hurt because he does not have his father anymore to give his guidance and advice. He could also grow up going in the wrong way by the influences from his friends or the environment and I wouldn't want that to happen because kids his age are very fragile and naïve when it comes to any little thing.

If this letter does not help your decision, I do not know what will but I am trying my best to have our dad home.

Sincerely,

Nastassja & Patrick Green
Children of Priestly Wayne Green

Karren Codner (MRS.)
115 – 47 170th. Street,
Jamaica N.Y. 11434.
October 20th. 2005.

The Honorable Allyne A. Ross,
U.S. District Court,
Eastern District of New York,
225 Cadman Plaza East.
Brooklyn N.Y. 11201.

Dear Honorable Judge,

I am writing this letter on behalf of my brother Priestley Green, who will be appearing before you sometime in the near future for sentencing, on a crime that he was charged with, sometime in the year 2004. I am not presenting an argument of his guilt or innocence at this time, but asking mercy and consideration at time of his sentencing.
A little background of Mr. Priestley Green's Life since he became a part of us.
Priestley was born in Jamaica W.I. His parents separated when he was still a little child. He lived with his mother for a while, but because of the lack of parental attention, his paternal aunt, who happens to be my nanny when I was also a little girl, took him in to live with her. In those years that followed, he became so close to the family, that he was no longer looked on as an outsider, but as one of the family members. He did everything with the family, and got everything that the rest of my brothers, sisters and myself received. This does not exclude the strict discipline of my father, who was then a Police Inspector in the Jamaica Constabulary Force for twenty years, and mother, who was a housewife.
It came to the time when the family immigrated to this country, and he came along with us, and remains a part of us until he met and married his wife Sandra. They have two children, ages sixteen (daughter) and nine (son) years respectively
Although my parents did not go through the formal process of adopting him, he has never been introduced as no one else than one of their sons, or to us, our brother.
From the time he arrived in this country, he worked very hard, sometimes holding down two jobs to support his family. He is a kind and loving person, always willing to assist others in whatever ways he can, and I believe that it is during this, that his kindness and willingness to help, was exploited by others, who willing gave him up to save themselves. He is throwing himself on the mercy of the court, and the family is also begging for the mercy of the court, whenever he comes up for sentencing.
Since being incarcerated, he has loss the aunt who did so much for him, and his father also. He will not forgive himself for not being there for them in their long illnesses and to pay respect at their death.
Our family, His family, His church family and friends, are truly sorry for the mess that he has found himself in, and promise that there will never be a repeat of this unpleasantness in the family again.

*KCodner*
Mrs Karren Codner

July 25, 2005

107-10 Shore Front Pkwy
Apt# 2A
Rockaway Park, NY 11694

A.R. Ross
United State Court House
225 Cadman Plaza
Brooklyn, NY

Dear Sir,

I have known Mr. Priestly Green for approximately 5 years. He has always been plesant, courteous and helpful. During the time I have known him, I felt a special appreciation for his warmth and hospitality. His characteristic traits portray honesty and self discipline.

Mr. Green is undoubtedly a geniue person who I feel compel to help in whatever way necessary. If you should need additional information on the character of Mr. Priestly Green please feel free to contact me at the above address.

Sincerely,

Denise Leslie

July 23, 2005

157 South Tenth Ave
Mount Vernon
New York 10550

A. R Ross
United State Court House
225 Cadman Plaza
Brooklyn NY

Dear Sir,

I have known Mr. Priestly Green for a period of ten years. During this time Mr. Green has proven to be a man with integrity and most respectable. Mr. Green has always been a reliable friend, worthy confidant and a source of strength. His outstanding personality has given him the ability to treat others as he would him self.

I am pleased with this opportunity to give reference for Mr. Green as he represents an honorable citizen. For further information I can be contacted at the above address.

Sincerely,



SPC Anderson Peter L

```
GLORIA M BELL
Notary Public - State of New York
NO. 01BE4978450
Qualified in Westchester County
My Commission Expires _____
```

August 2, 2005

Sandra Green (wife)
140-31 Bascom Avenue
Jamaica, NY 11436

RE: U.S.A.
VS. Priestley Green

Dear Judge Allyine R. Ross,

This is to verify what I know about Priestley Green. I have known him for the past eighteen years, we were married for fourteen years and have two beautiful children. During my relationship he wasn't the person to break any law, he is a man of compassion and trustworthy. He put others needs a head of his own and would give away his last dollar to a stranger who he thought needed it more than he do. It's very difficult for me to believe he is involved in drugs, because he is so much against it.

Judge Ross Priestley has good intention he has a big heart. One thing I know about him if he could saved the world he would. But who is there to save him from people who wants to destroyed him to saved themselves. Priestley is a man of integrity this man never have a police record for anything criminal, he worked two jobs to take care of his family. Sometimes he will cooked food and sell it to his co-workers on his jobs. Judge Ross this man didn't committed any crime, he is the most loving and caring human being.

My youngest son Patrick asking for his father. Priestley have just took the children last year to live with him and now he is taken away from them now, things are not the same anymore my children doesn't understand what's going on with their dad. My sixteen year old daughter just had her birthday on July 26, her father promised to give her a sweet sixteen birthday party. But her dad has locked up, it breaks my heart to watched my children grow up with their father. This man loves his children more than himself he will never done anything wrong to jeopardize that. This man that have known for so many years will not be in any drugs, from the day I met Priestley.

I knew in my heart he is a good decent person, my question right now if he's involved in this drugs, why do I have to take him to Family Court for child support? He always take care of his responsibility. Judge Ross please take this in to consideration and please understand he is not a threat to society. This accusation is so wrong I remembered Priestley as a good smartian who running to some one's rescue whenever they needed help. My mother and sister can voucher for him that everything I have said is the truth. Thank you!

Sincerely,
Sandra Green

9/14 @11



# TRANSPORT WORKERS UNION OF AMERICA, AFL-CIO
## Air Transport Local 568
5395 N.W. 36th Street • Miami Springs, FL 33166
Telephone: (305) 874-2788 • Fax: (305) 874-2789

August 1, 2005

Judge Allyne R. Ross
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: Character Reference for Priestley Green

Honorable Judge Ross:

This letter is intended to validate the character of Priestley Green. As an American Airlines employee and a Transport Workers Union member Priestley performed his duties with professionalism and dedication. As a fellow worker he demonstrated great work ethics and was most certainly a team player when the work needed doing.

If you can weigh these virtues against his current entanglements, then I humbly ask that your Honor do this. Thank you for allowing me to occupy your time with this matter.

Very truly yours,

Joseph Rosende
Secretary/Treasurer
TWU Local 568
Miami-Tampa-Ft. Lauderdale

cc: A. Garcia, President - Local 568
T. Lee, Vice President - Local 568
P. Green

9